**Dated: November 15, 2013**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

In Re:                                              Chapter 13

    Rachel D. Strickland,                     Case No.:  10-31796-K

    Debtor.

_____

ORDER SUSTAINING OBJECTION TO CLAIM NO. 7 BY
STUDENT LOAN GUARANTEE FOUNDATION

_____

The cause came on the be heard before the Honorable David S. Kennedy, United States

Bankruptcy Judge for the Western District of Tennessee, pursuant to Notice, and it appearing to

the Court that the Objection to Claim No. 7 by Student Loan Guarantee Foundation is well-taken

and should be sustained;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court:

1.      That the Debtor's Objection to Claim No. 7 in the amount of $45,169.39 by Student Loan Guarantee Foundation be, and the same is, hereby sustained, and should be disallowed by the Chapter 13 Trustee and no payments made on the balance thereon;

2.      That the Debtor understands that her unpaid student loan is non-dischargeable and that she will be liable for this debt after a discharge is granted in this case.

3.      That the Chapter 13 Trustee be, and is hereby authorized to enter such further orders as may be necessary to carry out the terms of this Order.

APPROVED FOR ENTRY:

BY: /s/ Ben G. Sissman
Ben G. Sissman #7689
Attorney for Debtor
100 North Main Building, Suite 3010
Memphis, TN  38103-5011
(901) 525-4414

/s/ George W. Stevenson
George W. Stevenson
Chapter 13 Trustee

cc:     Debtor
        Debtor's Attorney
        Chapter 13 Trustee
        Creditor:       Student Loan Guarantee Foundation
                        10 Turtle Creek Lane
                        Little Rock AR 72202